**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERBERT WOLFF, | ) No. ED CV 15-00244-VBF (AS) |
| Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS,** |
| STATE OF CALIFORNIA, et. al., | ) **CONCLUSIONS AND RECOMMENDATIONS** |
| | ) **OF UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint ("SAC"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The Court has made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed (see Docket Entry No. 13), and concurs with the Magistrate Judge's order construing Plaintiff's objections as a request for additional time to file a First Amended Complaint (see Docket Entry No. 14). However, even after being granted the requested extension of time to file a First Amended Complaint curing the deficiencies of the Complaint,

1  Plaintiff has failed to file a First Amended Complaint.  The Court
2  concurs with and accepts the findings and conclusions of the
3  Magistrate Judge.

5  **IT IS ORDERED** that Judgment shall be entered dismissing this
6  action with prejudice.

8  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order
9  and the Judgment herein on Plaintiff at his current address of
10 record.

12     LET JUDGMENT BE ENTERED ACCORDINGLY.

14     DATED: January 13, 2016

_____
          VALERIE BAKER FAIRBANK
          UNITED STATES DISTRICT JUDGE