**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERBERT WOLFF, | ) No. ED CV 15-00244-VBF (AS) |
|   Plaintiff, | ) |
|   v. | ) **JUDGMENT** |
| STATE OF CALIFORNIA, et. al., | ) |
|   Defendants. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 13, 2016

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

1